no CV71

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

# UNITED STATES DISTRICT COURT

for the

District of

Division



FILED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Case No. 2:21cv1739-CBM-JPRx
*(to be filled in by the Clerk's Office)*

Brian Wilson, Kimberly Foster
_____
Plaintiff(s)
*(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)*

-v-

Geneviene Corrillo, Heather Corrillo/Ramirrez,
brandon snyder, sean/shawn Curtis, Michael
Johnson, Darryl Jones, nyela blackman, Kim/Kimberly
Blackman, blackman Sheriff, Los Angeles Police
department, Rialto Los Angeles Sheriff department,
Fontana PD, Rialto PD, Rancho Cucamonga PD, Kimberly
Foster
*(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)*
Defendant(s)

Jury Trial: *(check one)* ☐ Yes ☐ No

LN
Fee Due

# COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
## (28 U.S.C. § 1332; Diversity of Citizenship)

## I.   The Parties to This Complaint

### A.   The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Brian |
| Street Address | 512 E. 4th St. |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA 90013 |
| Telephone Number | |
| E-mail Address | bowdubmagiclosotw@gmail.com |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

**B.    The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Michael Johnson |
| Job or Title *(if known)* | Scam Artist/Wire Fraud |
| Street Address | |
| City and County | Los Angeles |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Blackman Sheriff |
| Job or Title *(if known)* | Sheriff |
| Street Address | |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA 90013 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Kim/Kimberly Blackman |
| Job or Title *(if known)* | Scam artist/Retired Officer |
| Street Address | |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA 90013 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Bobby Caves |
| Job or Title *(if known)* | Conspiracy Concealer |
| Street Address | |
| City and County | Los Angeles, Los Angeles County |
| State and Zip Code | CA 90013 |
| Telephone Number | |
| E-mail Address *(if known)* | |

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## II.  Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000.  In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.  Explain how these jurisdictional requirements have been met.

### A.  The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Brian Wilson , is a citizen of the State of *(name)* California .

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ ,

    and has its principal place of business in the State of *(name)* _____

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B.  The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* Heather Corrillo / Ramirrez Genevieve Corrillo, is a citizen of the State of *(name)* California . Or is a citizen of *(foreign nation)* _____

2. If the defendant is a corporation

    The defendant, *(name)* Heather Corrillo / Ramirrez Genevieve Corrillo, is incorporated under the laws of the State of *(name)* California , and has its principal place of business in the State of *(name)* California .

    Or is incorporated under the laws of *(foreign nation)* United States of America ,

    and has its principal place of business in *(name)* Law Enforcement

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Brian Wilson , and the defendant,
*(name)* Geneviene Corrillo, Brandon Snyder, Michael Johnson , made an agreement or contract on
*(date)* Never made . The agreement or contract was *(oral or written)* never made . Under that
agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
I only received pay from footage/media clips about 1-2 times and the rest of the media (also under my registered works) would be paid for after I got my intellectual property that was used for financial, entertainment, wire fraud for intentional misrepresentation, identity theft, and business reasons.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)* due to scam reasons, fraud, and possibly a gang stalk conspiracy involved with a few greed corrupt law enforcement individuals.

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages. Was unconsciously drugged by 2 pills after being stalked, followed, harassed, robbed all with a pre-meditated conspiracy starting from lies such as we had a baby, rape, or that I was her husband. Then I found out I had actually been internally wiretapped April 26, 2014 by some girl named Nyela Blackman that I only knew for 5 months before cutting her off April 13, 2017 after stealing from me (ID, social security (photocopy), birth certificate photocopy, 1st choice staffing agency checks, and 840 telling her not to contact me.

I recently have been going through a big deal of identity theft having to do with this female nyela blackman that has been stalking me, following me for the past 2-4 years involving media impersonation, intentional misrepresentation with a look-alike being on camera broadcasted by other gang-stalk members, clothes being given to me with bad intentions while going through lawsuit regarding entertainment business, fraud profiling, identity switching (as well as social security car and ID) , financial benefits be made from media work that was mine that I have scripted through at most times but never gave me access due to concealment of internal wiretap use for insider trading, non-solicited marketing act, gang stalk, and profile fraud as well as part of a conspiracy involving obsessed Nyela Blackman lying to her family in order to get me gang-stalked, drugged, internally wired for entertainment purposes, identity theft for use of money such as my name being forged onto the baby of another person, impersonated for financial benefits, almost murdered ater waking up seeing a gun pointed in the tent, robbed, or being forced into being the father of a child that's not mine. They have been attempting to set me up for the past 3 years or possibly more with help from different organizations including the sheriff's department (Blackman Sheriff). They have been profiling to mix me up with the identities of Brandon Snyder (rapist in system), Shawn/Sean Curtis, Brianna/Brittney Wilson (not related from my knowledge, may have brother or relatives cause I came across ID while walking on 1st  and Michael Johnson in order for them to put fraudulent charges on my name. I was told that MS13 was trying to set me up because of brandon snyder brandon snyder and nyela blackman stealing  a work check from first choice staffing, ID, social security card, and $40 around March-April 2017 and then again stealing a backpack of mine after coming back from the GR office with a photocopy of both my social security and ID card.

This conspiracy was pre-meditated and was only brought about from spite, obsession, and insecurities of me cutting nyela blackman off on April 18, 2017 for stealing from me then trying to make me put a baby inside of her. Her gang stalk conspiracy is being helped and supported by a family member in law enforcement (sheriff blackman) and a other corrupt individuals that have been helping with this unlawful situation using wire fraud, dress alike's, identity mix-up's, fraud profiling, and scams intended to only benefit the law. They also possibly followed and kidnapped a female I came across with the intentions of doing entertainment business and was supposed to follow up with me but I may have possibly called a little too late. She was urgently telling me to call her that night regarding the business offer, texted her instead then tried to call about 5 days later and didnt get a n answer. Their are clips of the wiretap monitoring I was doing and some have to do with nyela blackman in another location possibly switching my identity by possibly forcing or having help from LAPD officer Heather Corrillo/Ramirrez to put fraudulent charges done by brandon snyder (rapist in system), sean/shawn curtis, michael johnson, nyela blackman (checks from (2017), credit, and false advertising (broadcasting) of intentional misrepresentation) . You can hear the difference between the voices from people in distance and in the internal wiretap that was used for media purposes, financial benefits, movie footage for actor's reel (portfolio), and career benefits. I have been hearing about name/stage names being used telling a story about a place I wasn't, action I didn't do, or camera recording where I was being brought up but not really there but mostly had tried to make me look like the body/representation with similar face attributes of brandon snyder (or vise-versa), michael johnson (or vise-versa), and/or sean/shawn curtis (or vise-versa) doing wire fraud including online impersonation, fraud profiles/accounts, false advertising/spam, group of people doing intentional misrepresentation working with members of the law (knowing it's incorrect, with hope of getting me killed or in jail for the use of other peopl's identity), non-solicited marketing act, fictitious name of business, and breach of contract (unlawful wiretap) with help from Heather Corrillo/Ramirrez (not sure if by force or not).

There are 70+ videos on youtube with facts and evidence of this conspiracy going on downtown thats been happening for years now including gang stalks, corrupt law enforcement doing mental harasssment & stalking with intentions of obsessions and greed disregarding another person's life not caring whether they cause problems or not. Their has possibly been innocent females that were assaulted and hurt over media work that was used to start a career/movie shoot or documentary. There is work that had been recorded without consent but had been paid for after completed with the attempt of another person taking credit for the intellectual property and repertoire for identity also.

512 E. 4th St.

Pro Se 4 (Rev. 12/16) Complaint for a Civil Case Alleging Breach of Contract

## V.     Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.     For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:       02/19/2021

Signature of Plaintiff       _Brian Wilson_

Printed Name of Plaintiff       _Brian Wilson_

### B.     For Attorneys

Date of signing:       _____

Signature of Attorney       _____

Printed Name of Attorney       _____

Bar Number       _____

Name of Law Firm       _____

Street Address       _____

State and Zip Code       _____

Telephone Number       _____

E-mail Address       _____

Average time to complete: 10 minutes

# Identity Theft Victim's Complaint and Affidavit

*A voluntary form for filing a report with law enforcement, and disputes with credit reporting agencies and creditors about identity-theft-related problems. Visit identitytheft.gov to use a secure online version that you can print for your records.*

**Before completing this form:**
1. Place a fraud alert on your credit reports, and review the reports for signs of fraud.
2. Close the accounts that you know, or believe, have been tampered with or opened fraudulently.

## About You *(the victim)*

### Now

(1) My full legal name: Brian A. Wilson
 First / Middle / Last / Suffix

(2) My date of birth: 04/18/1994
 mm/dd/yyyy

(3) My Social Security number: 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

(4) My driver's license: CA N/A
 State / Number

(5) My current street address:
 512 E 4th St
 Number & Street Name / Apartment, Suite, etc.
 Los Angeles CA 90013
 City / State / Zip Code / Country

(6) I have lived at this address since 05/2020
 mm/yyyy

(7) My daytime phone: (  )
 My evening phone: (  )
 My email: Boudubmagiclosotul@gmail.com

> Leave (3) blank until you provide this form to someone with a legitimate business need, like when you are filing your report at the police station or sending the form to a credit reporting agency to correct your credit report.

### At the Time of the Fraud

(8) My full legal name was: Brian A. Wilson
 First / Middle / Last / Suffix

(9) My address was: 512 E 4th St.
 Number & Street Name / Apartment, Suite, etc.
 Los Angeles CA 90013 United States
 City / State / Zip Code / Country

(10) My daytime phone: (  ) My evening phone: (  )
 My email:

> Skip (8) - (10) if your information has not changed since the fraud.

The Paperwork Reduction Act requires the FTC to display a valid control number (in this case, OMB control #3084-0047) before we can collect – or sponsor the collection of – your information, or require you to provide it.

Victim's Name Brian Wilson _____ Phone number ( ___ ) _____ Page 2

## About You (the victim) (Continued)

### Declarations

(11)   I   ☐ did   OR   ☑ did not   authorize anyone to use my name or personal information to obtain money, credit, loans, goods, or services — or for any other purpose — as described in this report.

(12)   I   ☐ did   OR   ☑ did not   receive any money, goods, services, or other benefit as a result of the events described in this report.

(13)   I   ☑ am   OR   ☐ am not   willing to work with law enforcement if charges are brought against the person(s) who committed the fraud.

## About the Fraud

(14)   I believe the following person used my information or identification documents to open new accounts, use my existing accounts, or commit other fraud.

> (14): Enter what you know about anyone you believe was involved (even if you don't have complete information).

Name: Michael _____ Johnson _____
           First          Middle          Last          Suffix

Address: _____
              Number & Street Name              Apartment, Suite, etc.

Los Angeles _____ CA _____ 90013 _____ U.S.
     City              State       Zip Code       Country

Phone Numbers: ( ___ ) _____ ( ___ ) _____

Additional information about this person: Brandon Snyder, Michael Johnson, Sean/Shawn Curtis with intentional misrepresentations on media, camera scenes, footage reels, and other news being broadcasted with the intent of stealing my identity to do fraudulent charges, crimes, and accuse me of events/situations I've never been in after placing an unlawful wiretap in me after being drugged until unconscious. This internal wiretap was placed for nyela blackman to use for career, financial, or exposure benefits after lying to her family ine order to get it placed (Sodomization) trying to put brandon's crimes of rape on my name by broadcasting lies in a premeditated Conspiracy →

*Victim's Name* _____ *Phone number (___)* _____ *Page 3*

(15)  Additional information about the crime (for example, how the identity thief gained access to your information or which documents or information were used): about me with help from an Officer BCorrilo/ Ramirrez and family of nyela blackman (Sheriff blackman possibly brother of Kim/Kimberty BlackmanCorrupt Sheriff's family). A backpack of mine was grabbed and got to a Heather Weather after being in hands of brandon snyder Moises ruiz and then Heather which I was told she was assaulted for along with other intellectual property that was used for entertainment purposes. I've been getting stalked & followed for past 4-6 years by gang stalkers corruptio

> (14) and (15): Attach additional sheets as needed.

## Documentation

(16)  I can verify my identity with these documents:

☑ A valid government-issued photo identification card (for example, my driver's license, state-issued ID card, or my passport). Photo copy
*If you are under 16 and don't have a photo-ID, a copy of your birth certificate or a copy of your official school record showing your enrollment and legal address is acceptable.*

☐ Proof of residency during the time the disputed charges occurred, the loan was made, or the other event took place (for example, a copy of a rental/lease agreement in my name, a utility bill, or an insurance bill).

> (16): Reminder: Attach copies of your identity documents when sending this form to creditors and credit reporting agencies.

## About the Information or Accounts

(17)  The following personal information (like my name, address, Social Security number, or date of birth) in my credit report is inaccurate as a result of this identity theft:

(A) Name (charges with fraud alence behind them)
(B) Address
(C) Name was signed on a birth certificate

(18)  Credit inquiries from these companies appear on my credit report as a result of this identity theft:

Company Name: _____
Company Name: _____
Company Name: _____

*Victim's Name* _____ *Phone number (____)* _____ *Page 4*

(19)   Below are details about the different frauds committed using my personal information.

| | |
|---|---|
| N/A<br><br>Name of Institution          Contact Person          Phone          Extension<br><br>Account Number          Routing Number          Affected Check Number(s)<br><br>Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>              ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>Select ONE:<br>    ☐ This account was opened fraudulently.<br>    ☐ This was an existing account that someone tampered with.<br><br>Date Opened or Misused (mm/yyyy)   Date Discovered (mm/yyyy)   Total Amount Obtained ($) | **(19):**<br>If there were more than three frauds, copy this page blank, and attach as many additional copies as necessary.<br><br>Enter any applicable information that you have, even if it is incomplete or an estimate.<br><br>If the thief committed two types of fraud at one company, list the company twice, giving the information about the two frauds separately.<br><br>*Contact Person:* Someone you dealt with, whom an investigator can call about this fraud.<br><br>*Account Number:* The number of the credit or debit card, bank account, loan, or other account that was misused.<br><br>*Dates:* Indicate when the thief began to misuse your information and when you discovered the problem.<br><br>*Amount Obtained:* For instance, the total amount purchased with the card or withdrawn from the account. |
| N/A<br><br>Name of Institution          Contact Person          Phone          Extension<br><br>Account Number          Routing Number          Affected Check Number(s)<br><br>Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>              ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>Select ONE:<br>    ☐ This account was opened fraudulently.<br>    ☐ This was an existing account that someone tampered with.<br><br>Date Opened or Misused (mm/yyyy)   Date Discovered (mm/yyyy)   Total Amount Obtained ($) | |
| N/A<br><br>Name of Institution          Contact Person          Phone          Extension<br><br>Account Number          Routing Number          Affected Check Number(s)<br><br>Account Type: ☐ Credit   ☐ Bank   ☐ Phone/Utilities   ☐ Loan<br>              ☐ Government Benefits   ☐ Internet or Email   ☐ Other<br><br>Select ONE:<br>    ☐ This account was opened fraudulently.<br>    ☐ This was an existing account that someone tampered with.<br><br>Date Opened or Misused (mm/yyyy)   Date Discovered (mm/yyyy)   Total Amount Obtained ($) | |

Victim's Name _Brian Wilson_____   Phone number (___)_____   *Page 5*

## Your Law Enforcement Report

(20)   One way to get a credit reporting agency to quickly block identity theft-related information from appearing on your credit report is to submit a detailed law enforcement report ("Identity Theft Report"). You can obtain an Identity Theft Report by taking this form to your local law enforcement office, along with your supporting documentation. Ask an officer to witness your signature and complete the rest of the information in this section. It's important to get your report number, whether or not you are able to file in person or get a copy of the official law enforcement report. Attach a copy of any confirmation letter or official law enforcement report you receive when sending this form to credit reporting agencies.

Select ONE:
   ☐ I have not filed a law enforcement report.
   ☐ I was unable to file any law enforcement report.
   ☑ I filed an automated report with the law enforcement agency listed below.
   ☑ I filed my report in person with the law enforcement officer and agency listed below.

_____ FBI, ic3 / LAPD _____   _CA_____
Law Enforcement Department                State

_____   _April 2019_____
Report Number                      Filing Date (mm/dd/yyyy)

_____   _____
Officer's Name (please print)      Officer's Signature

_____   (___)_____
Badge Number                       Phone Number

Did the victim receive a copy of the report from the law enforcement officer?   ☐ Yes   OR   ☑ No

Victim's FTC complaint number (if available): _____

(20):
Check "I have not..." if you have not yet filed a report with law enforcement or you have chosen not to. Check "I was unable..." if you tried to file a report but law enforcement refused to take it.

*Automated report:* A law enforcement report filed through an automated system, for example, by telephone, mail, or the Internet, instead of a face-to-face interview with a law enforcement officer.

Victim's Name  Brian Wilson _____  Phone number (____)_____  *Page 6*

## Signature

**As applicable, sign and date *IN THE PRESENCE OF* a law enforcement officer, a notary, or a witness.**

(21)   I certify that, to the best of my knowledge and belief, all of the information on and attached to this complaint is true, correct, and complete and made in good faith. I understand that this complaint or the information it contains may be made available to federal, state, and/or local law enforcement agencies for such action within their jurisdiction as they deem appropriate. I understand that knowingly making any false or fraudulent statement or representation to the government may violate federal, state, or local criminal statutes, and may result in a fine, imprisonment, or both.

_____        02/19/2021 _____
Signature                                 Date Signed (mm/dd/yyyy)

## Your Affidavit

(22)   If you do not choose to file a report with law enforcement, you may use this form as an Identity Theft Affidavit to prove to each of the companies where the thief misused your information that you are not responsible for the fraud. While many companies accept this affidavit, others require that you submit different forms. Check with each company to see if it accepts this form. You should also check to see if it requires notarization. If so, sign in the presence of a notary. If it does not, please have one witness (non-relative) sign that you completed and signed this Affidavit. If someone has used your Social Security number (SSN) to get a tax refund or a job, or you suspect your SSN has been stolen, alert the IRS using Form 14039 at **www.irs.gov/pub/irs-pdf/f14039.pdf**.

_____
Notary

**Witness:**

_____        _____
Signature                                 Printed Name

_____        _____
Date                                      Telephone Number

# CONFIDENTIAL

CM-011

| ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER: | FOR COURT USE ONLY |
|---|---|---|
| NAME: Brian Wilson | | |

FIRM NAME:

STREET ADDRESS: 512 E. 4th St.

CITY: Los Angeles   STATE:   ZIP CODE:

TELEPHONE NO.:   FAX NO.:

E-MAIL ADDRESS:

ATTORNEY FOR: [ ] PLAINTIFF [ ] OTHER *(SPECIFY)*:

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF**

STREET ADDRESS: 315 EW. 1st St.

MAILING ADDRESS: 315 W. 1st St.

CITY AND ZIP CODE: Los Angeles 90013

BRANCH NAME: First Street United Courthouse

Plaintiff **[UNDER SEAL]**

Defendant **[UNDER SEAL]**

**CONFIDENTIAL COVER SHEET–FALSE CLAIMS ACTION**   CASE NUMBER:

---

**INSTRUCTIONS:** This civil action is brought under the False Claims Act, Government Code section 12650 et seq. The documents filed in this case are under seal and are confidential pursuant to Government Code section 12652(c).

**This Confidential Cover Sheet must be affixed to the caption page of the complaint and to any other paper filed in this case until the seal is lifted.**

**You should check with the court to determine whether papers filed in False Claims Act cases must be filed at a particular location.**

Seal to expire on *(date)*:

**UNLESS:**
(1) Motion to extend time is pending; or
(2) Extended by court order

---

1. The document to which this cover sheet is affixed is:
   a. [✓] Complaint for damages for violation of the False Claims Act
   b. [ ] Civil Case Cover Sheet (form 982.2(b)(1))
   c. [ ] Motion for an extension of time to intervene
   d. [✓] Affidavit or other document in support of the motion for an extension of time
   e. [ ] Order extending time to intervene *(specify date order expires)*:
   f. [ ] Other order *(describe)*:

   g. [✓] Notice from the Attorney General of additional prosecuting authority that may have access to the file
   h. [✓] Other *(describe)*: Name was used for identity theft, wire fraud, footage reels, fraud profiling with another person in summons possibly, known conspiracy.

2. This *Confidential Cover Sheet* and the attached document must each be separately file-stamped by the clerk of the court.

Date: 02/18/2021

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
CM-011 [Rev. September 1, 2018]

**CONFIDENTIAL COVER SHEET
FALSE CLAIMS ACTION**

American LegalNet, Inc.
www.FormsWorkFlow.com

Gov. Code, § 12652(c)
Cal. Rules of Court, rules 2.570-2.573
www.courts.ca.gov

NAME AND ADDRESS OF COURT:

SMALL CLAIMS CASE NO.:

**SC-134**

PLAINTIFF/DEMANDANTE *(name, address, and telephone number of each)*:

Brian Wilson

Telephone No.:

DEFENDANT/DEMANDADO *(name, address, and telephone number of each)*:

Brandon Snyder, Sean Curtis, Michael Johnson, Shawn
Geneviene Corrillo, Heather Corrillo/Ramirez

Telephone No.:

☐ See attached sheet for additional plaintiffs and defendants.

*FOR COURT USE ONLY*

## ORDER TO PRODUCE STATEMENT OF ASSETS
## AND TO APPEAR FOR EXAMINATION

1. TO JUDGMENT DEBTOR *(name)*:
2. YOU ARE ORDERED
   a. to pay the judgment and file proof of payment (a canceled check or money order or cash receipt, and a written declaration that shows full payment of the judgment, including postjudgment costs and interest) with the court before the hearing date shown in the box below, **OR**
   b. to (1) personally appear in this court on the date and time shown below, and
      (2) bring with you a completed *Judgment Debtor's Statement of Assets* (form SC-133).

   At the hearing you will be required to
   • answer questions about your income and assets; and
   • explain why you did not complete and mail form SC-133 to judgment creditor in a timely manner. (You should have sent it within 30 days after the *Notice of Entry of Judgment* (form SC-130) was mailed or handed to you by the clerk.)

Name and address of court if different from above:

**Hearing Date** → Date: _____ Time: _____

Dept.: _____ Room: _____

| If you fail to appear and have not paid the judgment, including postjudgment costs and interest, a bench warrant may be issued for your arrest, you may be held in contempt of court, and you may be ordered to pay penalties. | Si usted no se presenta y no ha pagado el monto del fallo judicial, inclusive las costas e intereses posteriores al fallo, la corte puede expedir una orden de detencion contra usted, declararle en desacato y ordenar clue pague multas. |
|---|---|

3. This order may be served by a sheriff, marshal, or registered process server.

Date:

▶

_____
(SIGNATURE OF JUDGE)

## APPLICATION FOR THIS ORDER

(See Instructions on reverse)

applies for an order requiring

A. Judgment creditor (the person who won the case) *(name)*:
   judgment debtor (the person or business who lost the case and owes money) *(name)*:
   to (1) pay the judgment or (2) personally appear in this court with a completed *Judgment Debtor's Statement of Assets* (form SC-133), explain why judgment debtor did not pay the judgment or complete and mail form SC-133 to judgment creditor within 30 days after the *Notice of Entry of Judgment* was mailed or handed to judgment debtor, and answer questions about judgment debtor's income and assets.

B. I, judgment creditor, state the following:
   (1) Judgment debtor has not paid the judgment.
   (2) Judgment debtor either did not file an appeal or the appeal has been dismissed or judgment debtor lost the appeal.
   (3) Judgment debtor either did not file a motion to vacate or the motion to vacate has been denied.
   (4) More than 30 days have passed since the *Notice of Entry of Judgment* was mailed or delivered to judgment debtor.
   (5) I have not received a completed *Judgment Debtor's Statement of Assets* from judgment debtor.
   (6) The person to be examined resides or has a place of business in this county or within 150 miles of the place of examination.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Date:

Brian Wilson

_____
(TYPE OR PRINT NAME)

▶

_____
(DECLARANT)

**– The county provides small claims advisor services free of charge –**

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
SC-134 [Rev. January 1, 2017]

**APPLICATION AND ORDER TO PRODUCE STATEMENT
OF ASSETS AND TO APPEAR FOR EXAMINATION
(Small Claims)**

Code of Civil Procedure, §§ 116.820,
116.830, 708.170
www.courts.ca.gov

SC-134

# INSTRUCTIONS FOR APPLICANT

1. This form is intended to be an easy tool to enforce your right to receive a completed *Judgment Debtor's Statement of Assets* (form SC-133). This form is not intended to replace the *Application and Order for Appearance and Examination* (form EJ-125), often called an "Order for Examination." The *Application and Order for Appearance and Examination* should still be used to enforce a small claims judgment if you are not seeking at the same time to make the debtor complete a *Judgment Debtor's Statement of Assets*.

2. To set a hearing on an *Application and Order to Produce Statement of Assets and to Appear for Examination,* you must complete this form, present it to the court clerk, and pay the fee for an initial hearing date or a reset hearing date.

3. After you file this form, the clerk will set a hearing date, note the hearing date on the form, and return two copies or an original and one copy of the form to you.

4. If you want to be able to ask the court to enforce the order on the judgment debtor (the person or business who lost the case), you must have a copy of this form and a blank copy of the *Judgment Debtor's Statement of Assets* (form SC-133) personally served on the judgment debtor by a sheriff, marshal, or registered process server at least 10 calendar days before the date of the hearing, and have a proof of service filed with the court. The law provides for a new fee if you reset the hearing.

5. If the judgment is paid, including all postjudgment costs and interest, you must immediately complete the *Acknowledgment of Satisfaction of Judgment* on the reverse of the *Notice of Entry of Judgment* (form SC-130) and file a copy with the court.

6. You must attend the hearing unless the judgment has been paid.

 **Request for Accommodations.** Assistive listening systems, computer-assisted real-time captioning, or sign language interpreter services are available if you ask at least 5 days before your hearing. Contact the clerk's office for *Request for Accommodation (*form MC-410). (Civil Code, § 54.8.)

**APPLICATION AND ORDER TO PRODUCE STATEMENT
OF ASSETS AND TO APPEAR FOR EXAMINATION
(Small Claims)**

**C.**     **The Defendant(s)**

1.     If the defendant is an individual
The defendant, *(name)*   Geneviene Corrillo                                    , is a citizen of
the State of *(name)*    California                                    . Or is a citizen of
*(foreign nation)*     United States of America                        .

2.     If the defendant is a corporation
The defendant, *(name)*                                        , is incorporated under
the laws of the State of *(name)*                                    , and has its
principal place of business in the State of *(name)*
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

**D.**     **The Defendant(s)**

1.     If the defendant is an individual
The defendant, *(name)*   Heather Corrillo/ Ramirrez                    , is a citizen of
the State of *(name)*    California                                    . Or is a citizen of
*(foreign nation)*     United States of America                        .

2.     If the defendant is a corporation
The defendant, *(name)*                                        , is incorporated under
the laws of the State of *(name)*                                    , and has its
principal place of business in the State of *(name)*
Or is incorporated under the laws of *(foreign nation)*
and has its principal place of business in *(name)*

**E.**     **The Defendant(s)**

1.   If the defendant is an individual

The defendant, *(name)*   Angela Corrillo/ Ramirrez _____ , is a citizen of

the State of *(name)*   California _____ . Or is a citizen of

*(foreign nation)*   United States of America _____ .

2.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

**F.**     **The Defendant(s)**

1.   If the defendant is an individual

The defendant, *(name)*   Nyela Snyder/ Blackman _____ , is a citizen of

the State of *(name)*   California _____ . Or is a citizen of

*(foreign nation)*   United States of America _____ .

2.   If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

**G.    The Defendant(s)**

1.    If the defendant is an individual
      The defendant, *(name)*   Sean Curtis                                    , is a citizen of
      the State of *(name)*    California                               . Or is a citizen of
      *(foreign nation)*    United States of America              .

2.    If the defendant is a corporation
      The defendant, *(name)*                                    , is incorporated unde
      the laws of the State of *(name)*                              , and has it:
      principal place of business in the State of *(name)*
      Or is incorporated under the laws of *(foreign nation)*
      and has its principal place of business in *(name)*


**H.    The Defendant(s)**

1.    If the defendant is an individual
      The defendant, *(name)*   Maria Tarango                                , is a citizen of
      the State of *(name)*    California                          . Or is a citizen of
      *(foreign nation)*    United States of America           .

2.    If the defendant is a corporation
      The defendant, *(name)*                                  , is incorporated unde
      the laws of the State of *(name)*                              , and has its
      principal place of business in the State of *(name)*
      Or is incorporated under the laws of *(foreign nation)*
      and has its principal place of business in *(name)*

**I.**      **The Defendant(s)**

1.   If the defendant is an individual

The defendant,  *(name)*   Kyrie Irving _____ , is a citizen of

the State of *(name)*     California _____ . Or is a citizen of

*(foreign nation)*     United States of America _____ .

2.   If the defendant is a corporation

The defendant,  *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____

Or is incorporated under the laws of *(foreign nation)* _____

and has its principal place of business in *(name)* _____

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

| | |
|---|---|
| **NOTICE TO DEFENDANT:**<br>*(AVISO AL DEMANDADO):*<br>~~Barbara Snyder~~ Michael Johnson<br><br>**YOU ARE BEING SUED BY PLAINTIFF:**<br>*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*<br><br>Brian A. Wilson | *FOR COURT USE ONLY*<br>*(SOLO PARA USO DE LA CORTE)* |

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>First Street U.S. Courthouse. Address. 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian A. Wilson , 512 E. 4th St., Los Angeles, CA 90013 (possible attorney in time)

| DATE:<br>*(Fecha)* November 18, 2020 | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

| [SEAL] | **NOTICE TO THE PERSON SERVED:** You are served |
|---|---|
| | 1. [ x ] as an individual defendant. |
| | 2. [ ] as the person sued under the fictitious name of *(specify):* |
| | 3. [ ] on behalf of *(specify):* |
| | under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)<br>[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)<br>[ ] CCP 416.40 (association or partnership)    [ ] CCP 416.90 (authorized person)<br>[ x ] other *(specify):* Scam artist group |
| | 4. [ x ] by personal delivery on *(date)* December 1, 2020 |

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]   [ Clear this form ]

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

~~Brandon Snyder~~ Sean/Shawn Curtis

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Brian A. Wilson

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>First Street U.S. Courthouse. Address. 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian A. Wilson , 512 E. 4th St., Los Angeles, CA 90013 (possible attorney in time)

| DATE:<br>*(Fecha)*   November 18, 2020 | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)   [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
   [x] other *(specify):* Scam artist group
4. [x] by personal delivery on *(date)* December 1, 2020

Page 1 of 1

| | | |
|---|---|---|
| Form Adopted for Mandatory Use<br>Judicial Council of California<br>SUM-100 [Rev. July 1, 2009] | **SUMMONS** | Code of Civil Procedure §§ 412.20, 465<br>*www.courts.ca.gov* |

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[ Print this form ]   [ Save this form ]   [ Clear this form ]

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

Brandon Snyder

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Brian A. Wilson

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: *(El nombre y dirección de la corte es):* | CASE NUMBER: *(Número del Caso):* |
|---|---|

First Street U.S. Courthouse. Address. 350 W 1st Street, Suite 4311 Los Angeles, CA 90012

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian A. Wilson , 512 E. 4th St., Los Angeles , CA 90013 (possible attorney in time)

| DATE: *(Fecha)* November 18, 2020 | Clerk, by *(Secretario)* | , Deputy *(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served

1. [x] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
[ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
[ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
[x] other *(specify):* Scam artist group

4. [x] by personal delivery on *(date)* December 1, 2020

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**

[Print this form]  [Save this form]  [Clear this form]

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

<table>
<tr><td>

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*

~~Brandon Saydee~~ Nyela Blackman

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Brian A. Wilson
</td><td>

*FOR COURT USE ONLY*
*(SOLO PARA USO DE LA CORTE)*
</td></tr>
</table>

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

<table>
<tr><td>

The name and address of the court is:
*(El nombre y dirección de la corte es):*
First Street U.S. Courthouse. Address. 350 W 1st Street, Suite 4311 Los Angeles, CA 90012
</td><td>

CASE NUMBER: *(Número del Caso):*
</td></tr>
</table>

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian A. Wilson, 512 E. 4th St., Los Angeles, CA 90013 (possible attorney in time)

<table>
<tr><td>

DATE:
*(Fecha)* November 18, 2020
</td><td>

Clerk, by
*(Secretario)*
</td><td>

, Deputy
*(Adjunto)*
</td></tr>
</table>

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

<table>
<tr><td>

[SEAL]
</td><td>

**NOTICE TO THE PERSON SERVED:** You are served

1. [x] as an individual defendant.

2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

    under: [ ] CCP 416.10 (corporation)     [ ] CCP 416.60 (minor)
            [ ] CCP 416.20 (defunct corporation)    [ ] CCP 416.70 (conservatee)
            [ ] CCP 416.40 (association or partnership)   [ ] CCP 416.90 (authorized person)
            [x] other *(specify):* Scam artist group
4. [x] by personal delivery on *(date)* December 1, 2020
</td></tr>
</table>

**Page 1 of 1**

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

**For your protection and privacy, please press the Clear This Form button after you have printed the form.**  [Print this form]  [Save this form]  [Clear this form]

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
~~Brandon Snyder~~ Heather Carrillo/Ramirrez

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

Brian A. Wilson

NOTICE! You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| | |
|---|---|
| The name and address of the court is:<br>*(El nombre y dirección de la corte es):*<br>First Street U.S. Courthouse. Address. 350 W 1st Street, Suite 4311 Los Angeles, CA 90012 | CASE NUMBER: *(Número del Caso):* |

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is: *(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Brian A. Wilson , 512 E. 4th St., Los Angeles, CA 90013 (possible attorney in time)

| DATE:<br>*(Fecha)* November 18, 2020 | Clerk, by<br>*(Secretario)* | , Deputy<br>*(Adjunto)* |
|---|---|---|

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010).)*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. [ **x** ] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*
3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)    [ ] CCP 416.60 (minor)
   [ ] CCP 416.20 (defunct corporation)   [ ] CCP 416.70 (conservatee)
   [ ] CCP 416.40 (association or partnership)  [ ] CCP 416.90 (authorized person)
   [ **x** ] other *(specify):* Scam artist group
4. [ **x** ] by personal delivery on *(date)* December 1, 2020

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
*www.courts.ca.gov*

For your protection and privacy, please press the Clear This Form button after you have printed the form.

[ Print this form ]   [ Save this form ]   [ Clear this form ]

BRYAN WILSON
(323) 510-5800
THE UPS STORE #5917
STE 196
3183 WILSHIRE BLVD
LOS ANGELES CA 90010-1281

1 LBS 1 OF 1
SHP WT: 1 LBS
DATE: 19 FEB 2021

SHIP FIRST STEET UNITED COURT HOUSE
TO: 350 W 1ST ST

LOS ANGELES CA 90012-4536

CA 901 9-12

UPS GROUND
TRACKING #: 1Z 6A8 9A2 03 3895 8275

BILLING: P/P

REF #1: JR

RECEIVED
CLERK, U.S. DISTRICT COURT
FEB 2 2 2021
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

ISH 13.00F ZZP 450 42.5U 01/2021

SEE NOTICE ON REVERSE regarding UPS Terms, and notice of limitation of liability. Where allowed by law, shipper authorizes UPS to act as forwarding agent for export control and customs purposes. If exported from the US, shipper certifies that the commodities, technology or software were exported from the US in accordance with the Export Administration Regulations. Diversion contrary to law is prohibited.
RRD RF2 012

2

